COMMONWEALTH of Pennsylvania, Respondent

v.

Dontae D. WHITE, Petitioner

No. 129 EAL 2017

Supreme Court of Pennsylvania.

September 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

Patricia HAMMERQUIST and Susan Pressler, Co–Executrices of the Estate of Dolores R. Shields, Petitioners

v.

Vidya S. BANKA, M.D., Sahil S. Banka, M.D., Vidya S. Banka, M.D. & Associates, P.C., Pennsylvania Hospital Penn Medicine d/b/a Pennsylvania Hospital the University of Pennsylvania Health System and the Trustees of the University of Pennsylvania, Respondents

No. 98 EAL 2017

Supreme Court of Pennsylvania.

September 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

Jacqueline S. WAGNER & Thomas Wagner, Petitioners

v.

STANDARD STEEL, LLC, Respondent

No. 80 EAL 2017

Supreme Court of Pennsylvania.

September 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.